# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 29, 2011

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

Nos. 11-1382, 11-1492

ATA AIRLINES, INC.,
  *Plaintiff-Appellee, Cross-Appellant,*

  *v.*

FEDERAL EXPRESS CORPORATION,
  *Defendant-Appellant, Cross-Appellee.*

Appeals from the United States
District Court for the Southern
District of Indiana, Indianapolis
Division.

No. 1:08-cv-00785-RLY-DML

Richard L. Young, *Chief Judge*.

ORDER

The slip opinion in this case, issued on December 27, 2011, is hereby corrected as follows:

On page 10, the sentence "That describes the letter agreement; ATA's share of the revenues that the tripartite contract generated each year was, at its peak, $406 million, and in 2007 its profits from the contract exceeded $90 million" is corrected to read as follows: "That describes the letter agreement; ATA's share of the revenues that the tripartite contract generated each year was $406 million at its peak in 2005, and its profits that year exceeded $90 million."